UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-6799 DSF(JC) | Date | April 13, 2012 |
|---|---|---|---|
| Title | Stephen Garcia v. Deputy Mata | | |

Present: The Honorable   Jacqueline Chooljian, United States Magistrate Judge

| Hana Rashad | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:        Attorneys Present for Respondent:

none                                      none

**Proceedings:**        (IN CHAMBERS)

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH SCHEDULING ORDER AND TO FILE STATUS REPORT

On February 2, 2012, this Court issued a Case Management and Scheduling Order ("Case Management Order") which directed each party, inter alia, to file and serve a status report no later than April 2, 2012.  See Case Management Order, ¶ 9.  Defendant timely filed such a status report.  To date, plaintiff has failed to file a status report or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **April 30, 2012**, as to why monetary sanctions or other disciplinary measures as deemed appropriate, including dismissal of the case for failure to prosecute should not be imposed for failure to file a timely status report as called for by the Case Management Order.

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

|  | Initials of Deputy Clerk | hr |
|---|---|---|