1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN GARCIA,              ) | Case No. CV 11-6799 DSF(JC) |
|---|---|
| Plaintiff,                ) |  |
| v.                         ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DEPUTY MATA,                 ) |  |
| Defendant.               ) |  |
| _____ ) |  |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed defendant's Motion for Summary Judgment or Alternatively Partial Summary Judgment of Claims ("Motion"), defendant's Request for Judicial Notice and all other documents submitted in support of, and in opposition to the Motion, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

  IT IS HEREBY ORDERED that (1) defendant's Request for Judicial Notice is granted; (2) defendant's Motion is granted to the extent it seeks dismissal of this action without prejudice because plaintiff's claim is currently barred by Heck v. Humphrey, 512 U.S. 477 (1994); and (3) judgment be entered accordingly.

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and counsel for defendant.

    IT IS SO ORDERED.

    DATED: ___11/9/12_____

    _____
    HONORABLE DALE S. FISCHER
    UNITED STATES DISTRICT JUDGE