UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN GARCIA, | ) | Case No. CV 11-6799 DSF (JC) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DEPUTY MATA, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge: (1) defendant's Motion for Summary Judgment or Alternatively Partial Summary Judgment of Claims is granted to the extent it seeks dismissal of this action without prejudice because plaintiff's claim is currently barred by Heck v. Humphrey, 512 U.S. 477 (1994); and (2) this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED:  ___11/9/12___

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE